**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL JERRY ROTHHAMMER,

                        Plaintiff,                      21 **CIVIL** 3684 (JLC)

         -v-                           **JUDGMENT**

ACTING COMMISSIONER OF
SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 15, 2022, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will give the plaintiff an opportunity for a hearing.

**Dated:**  New York, New York
           February 15, 2022

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                          Clerk of Court
                                       **BY:**
                                                        _____
                                                          Deputy Clerk